The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

227 So.2d 374

**In re Arthur W. JONES applying for Writ of Habeas Corpus.**

**No. 50188.**

Nov. 6, 1969.

In re: Arthur W. Jones applying for writ of habeas corpus.

Writ refused. Considering the return of the district attorney the application is insufficient to warrant the exercise of our supervisory jurisdiction.

227 So.2d 374

**STATE of Louisiana**

**v.**

**Nick J. SCOTT.**

**No. 50190.**

Nov. 6, 1969.

In re: Nick J. Scott applying for writ of habeas corpus and/or writs of prohibition, mandamus and certiorari.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

BARHAM, J., is of the opinion the writ should be granted so, that an effective appellate review of the Constitutionality of R.S. 14:107 can be had.

227 So.2d 374

**STATE of Louisiana ex rel. Oris ARDOIN**

**v.**

**C. Murray HENDERSON, Warden Louisiana State Penitentiary, et al.**

**No. 50186.**

Nov. 7, 1969.

In re: Oris Ardoin applying for writ of habeas corpus.

Writ of mandamus issued. See order.

On considering the petition of relator in the above numbered and entitled cause:

It is ordered that the Thirteenth Judicial District Court, Parish of Evangeline, without undue delay, grant a full evidentiary hearing on relator's petition for a writ of habeas corpus filed in that Court and in this Court, and make a determination of the merits of his application after the hearing.